

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-23-00022-CV

_____

**ETC NORTHEAST FIELD SERVICES, LLC,**

                                                    **Appellant**

 v.

**PENNENERGY RESOURCES, LLC,**

                                                    **Appellee**

_____

### From the 82nd District Court
### Robertson County, Texas
### Trial Court No. 22-09-21523-CV

_____

## MEMORANDUM OPINION

_____

ETC Northeast Field Services, LLC, and PennEnergy Resources, LLC, have filed a "Joint Motion to Dismiss Interlocutory Appeal and Request to Expedite" asserting that they have settled their disputes in the underlying proceeding. Accordingly, the parties request that we

> (1) set aside the trial court's Order Confirming Arbitration Award and Denying Motions to Vacate and Reconsider signed January 11, 2023, without regard to the merits; (2) remand the matter to the trial court for

entry of an order vacating all Delivery Point Arbitration awards and entry of a final judgment conforming with the parties' settlement agreements; (3) dismiss the interlocutory appeal with prejudice; and (4) issue mandate immediately.

We have no authority to dismiss the appeal *and* remand the case to the trial court. *See* TEX. R. APP. P. 42.1(a)(2). We have the authority, however, to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B); 43.2(d).

Accordingly, the parties' "Joint Motion to Dismiss Interlocutory Appeal and Request to Expedite" is granted to the extent authorized. The trial court's Order Confirming Award and Denying Motions to Vacate and Reconsider, signed on January 11, 2023, is set aside without regard to the merits, and the case is remanded to the trial court for rendition of judgment in accordance with the agreement of the parties. Costs of appeal are taxed against the party incurring same. *See id.* R. 42.1(d). And we order that this Court's mandate in this case shall issue immediately. *See id.* R. 18.1(c).

Because the Court was unable to grant the entirety of the parties' motion, the Court has endeavored to implement the substance of the parties' agreed motion to achieve the same result. If the parties determine that the judgment of the Court does not accomplish the parties' intended result, a timely motion for rehearing must be filed that addresses the manner in which the Court can implement the agreement of the parties within the limitations of the Rules of Appellate Procedure. *See id.* R. 42.1; 49.1.

MATT JOHNSON
Justice

Before Justice Johnson,
      Justice Smith, and
      Justice Davis[1]
Set aside and remanded
Opinion delivered and filed July 18, 2024
[CV06]



---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.